# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151134

TAMIKA HARRELL,
      Plaintiff-Appellee,

v

TITAN INDEMNITY COMPANY,
      Defendant-Appellant.

SC: 151134
COA: 318744
Wayne CC: 12-003939-NF

_____/

On order of the Court, the application for leave to appeal the January 20, 2015 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the plaintiff, who was driving an uninsured vehicle titled in the name of her husband, is an "owner" under MCL 500.3101(2)(k)(*i*). The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2015



Clerk

s0916